UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In The Interest of the Public
For the Matters of

In re: /s/ King, Nathan L / Surety

Real party in interest

NATHAN LAMONT KING JR. /Infant/minor/payee

VS.

Commonwealth of Pennsylvania
County of Cumberland & Dauphin  / Co Surety/ implied Fiduciary/transfer company

: Case No.: [To be assigned]

1:24-CV-1520·

FILED
HARRISBURG, PA
SEP 0 9 2024
PER _____
DEPUTY CLERK

**Complaint for Violations of Constitutional and Federal Rights**

**Plaintiff:** NATHAN KING
**Defendants:** Dauphin County, Cumberland County, Lower Allen Police Department, and Associated Officials

---

**COMPLAINT:**

**Plaintiff:** NATHAN KING , a resident of York County , Pennsylvania residing at % 25 N. Beaver St. 17401 Apt. 2A

**Defendants**:

1. Dauphin County, Pennsylvania
2. Cumberland County, Pennsylvania
3. Lower Allen Police Department

   Employees involved (witnesses)

4. Dennis E. Lebo (Clerk of Courts)
5. Christopher Delozier (Dishonorable Judge)
6. Michelle A. Henry ( Attorney General )
7. Kevin A. Hess (Judge)
8. Sean M. Mccormack (District Attorney)
9. Jessica Brewbaker (Dishonorable Judge)

10. Chadwick Libby ( Probation)
11. Dauphin County prison staff/ prisoners
12. Cumberland County Prison Staff/prisoners

# INTRODUCTION

1. **Nature of the Action**
   This action seeks relief for violations of constitutional rights, securities fraud, and misuse of financial instruments as detailed below. Plaintiff requests the Court to address grievances related to unlawful imprisonment, fraudulent financial practices, and procedural violations.
2. **Jurisdiction and Venue**
   This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1343 (civil rights). Venue is proper in the Eastern District of Pennsylvania under 28 U.S.C. § 1391 because the events giving rise to these claims occurred within this district.

# FACTUAL ALLEGATIONS

3. **Right to Travel Violations**
   The Defendants, through their actions and policies, have infringed upon Plaintiff's fundamental right to travel, as affirmed by the Supreme Court in cases such as **Shuttlesworth v. Birmingham**, 373 U.S. 262 (1963), **United States v. Bishop**, 412 U.S. 346 (1973), and **Byars v. United States**, 273 U.S. 28 (1927).
4. **Securities Fraud and Financial Mismanagement**
   Plaintiff alleges securities fraud and financial mismanagement as follows:
   - Violations of **15 U.S.C. § 1615** and **15 U.S.C. § 1692e** related to unfair debt collection practices and fraud.
   - Reference to **People v. California Protective Corp'n**, 76 Cal. App. 354 (1925), and cases such as **Floyd Acceptances**, 74 U.S. 666 (1868), **Wheeler v. National Bank**, 96 U.S. 168 (1877), and **Bank of Pittsburgh v. Neal**, 63 U.S. 96 (1859).
5. **Cease and Desist Request**
   Plaintiff requests a cease and desist order against the Defendants due to unlawful actions, including misuse of financial instruments and double jeopardy in criminal cases.
6. **Motion for Dismissal**
   Plaintiff moves for dismissal of all charges based on failure to state a claim upon which relief can be granted. Plaintiff was denied the right to legal tender. The right to credit and his right as one who has become the age of majority. The charges should be dropped, and Plaintiff requests reimbursement for any involuntary servitude and discrimination of age.
7. **Private Handling and Legal Tender**
   Plaintiff seeks to resolve these matters privately, asserting the right to use legal tender for payment. If Defendants cannot comply with legal standards, all claims should be dismissed and the Surety should be Subrogated in this matter.

8. **Evidence of Trust and Jurisdictional Issues**
   - **Pennhallow v. Doane Administrators**, 3 U.S. 54 (1795), confirms that no corporation has jurisdiction over a natural person.
   - **12 U.S.C. § 83** and **40 P.L.E. § 63 & § 73** address financial mismanagement and criminal responsibility.
   - **False Claims Act**, 31 U.S.C. § 3729, shows fraudulent claims and misconduct.

## CLAIMS FOR RELIEF

### Count I: Violation of Right to Travel
Defendants violated Plaintiff's right to travel as protected under the Constitution and affirmed by the Supreme Court.

### Count II: Securities Fraud
Defendants committed securities fraud by misusing financial instruments and failing to honor obligations.

### Count III: Request for Cease and Desist
Plaintiff requests an order to cease and desist from unlawful actions, practices, and Discrimination.

### Count IV: Motion for Dismissal
Plaintiff moves to dismiss all commercial crime charges , restore my reputation and destroy fingerprints, due to the failure to state a valid claim for which relief can be granted. Tender of Payments have been dishonored and considered paid due to the instrument not being returned to the plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **Issue a cease and desist order** against Defendants.
2. **Dismiss all charges** with prejudice and reimburse Plaintiff for involuntary servitude.
3. **Grant relief** as per Plaintiff's claims including damages for violations of constitutional rights and financial misconduct.
4. **Award legal costs and any other relief** deemed just and proper by legality. Max being the Federal reserve act civil penalties Section 29. (Min. reimburse bonds)

Respectfully submitted,

By: /S/ King, Nathan L, /Beneficiary
    *King, Nathan L /Beneficiary*
For: NATHAN LAMONT KING JR.
    *Nathan King*
**Without Recourse**



**DEFINITION SHEET**

### 1. Holder in Due Course
A holder in due course is a party that holds a negotiable instrument (such as a check or promissory note) under certain conditions that entitle them to rights against all prior parties, free from most defenses that could be raised against the original party. To achieve this status, the holder must acquire the instrument for value, in good faith, and without notice of any defects.

### 2. Right to Travel
The constitutional right to travel refers to the inherent freedom of individuals to move freely between states and across borders. This right is recognized under various Supreme Court decisions, including **Shuttlesworth v. Birmingham**, 373 U.S. 262 (1963), and **United States v. Bishop**, 412 U.S. 346 (1973). The right encompasses the freedom to travel without undue interference or restriction by the state.

### 3. Bill of Exchange
A bill of exchange is a negotiable instrument that serves as a written order for one party to pay a specified amount to another party. It involves three parties: the drawer (who creates the bill), the drawee (who is directed to pay), and the payee (who receives the payment). The **Federal Reserve Act** and the **UCC** regulate aspects of bills of exchange.

### 4. Securities Fraud
Securities fraud refers to deceitful practices in the securities market, such as misrepresentation or omission of material information, which result in financial loss to investors. **15 U.S.C. § 78j(b)** and related regulations address such fraudulent activities, and legal precedents like **People v. California Protective Corp'n**, 76 Cal. App. 354 (1925) provides case law on this topic.

### 5. Cease and Desist Order
A cease and desist order is a directive issued by a court or regulatory agency requiring an individual or entity to stop a particular illegal activity and refrain from engaging in similar activities in the future.

### 6. Subrogation
Subrogation is the legal principle whereby one party (often an insurer) assumes the legal rights of another party to pursue recovery for a loss. It allows the party who has paid a debt or claim to seek reimbursement from the responsible party.

### 7. Due Process
Due process is a constitutional guarantee under the **Fifth and Fourteenth Amendments** that ensures fair treatment through the normal judicial system, including the right to a fair trial and protection from arbitrary government actions.

### 8. Habeas Corpus
Habeas corpus is a legal action through which a person can seek relief from unlawful detention or imprisonment. It ensures that a person's detention is reviewed by a court to determine if it is lawful.

### 9. False Claims Act
The False Claims Act, **31 U.S.C. § 3729**, is a federal law that imposes liability on individuals and companies who defraud government programs. It provides for monetary penalties and damages for false claims.

### 10. Trust Relationship
A trust relationship refers to a fiduciary relationship where one party (the trustee) holds and manages property or assets for the benefit of another party (the beneficiary). Trust relationships are established through legal agreements and are governed by trust law.

### 11. Jurisdiction
Jurisdiction is the authority granted to a court to hear and decide cases. It involves both the geographic area and the type of cases a court can handle. Jurisdictional issues determine whether a court has the legal authority to adjudicate a matter.

### 12. Voluntary vs. Involuntary Servitude
Voluntary servitude involves a person willingly agreeing to work under certain conditions. Involuntary servitude, prohibited by the **Thirteenth Amendment**, refers to forced labor or conditions that effectively compel an individual to work against their will.

### 13. Federal Reserve Notes
Federal Reserve notes are a type of currency issued by the Federal Reserve System in the United States. They are legal tender used for transactions and are regulated under the Federal Reserve Act.

### 14. Administrative Duties of Courts
Administrative duties refer to the non-judicial functions performed by the court system, such as maintaining records, managing case files, and ensuring the orderly conduct of proceedings.

### 15. Double Jeopardy
Double jeopardy is a constitutional protection under the **Fifth Amendment** that prohibits an individual from being tried twice for the same offense. It ensures that once a person is acquitted or convicted, they cannot be retried for the same crime.

### 16. Supreme Court Rulings
Supreme Court rulings are decisions made by the highest court in the United States. These rulings interpret constitutional and federal law and set binding precedents for lower courts.

10



U.S. POSTAGE PAID
FCM LG ENV
YORK, PA 17401
SEP 04, 2024
$7.16
S2324D500893-14

Retail
17102
RDC 99

CERTIFIED MAIL
9589 0710 5270 1045 2768 46

TO:
Sylvia H. Rambo
United States Courthouse
1501 N. 6th Street
Harrisburg, PA. 17102

FROM:
Nathan King
c/o 25 N Beaver St.
York, PA. 17401
Apt. 2A

ReadyPost
Utility Mailer
10 1/2" x 16"